UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re Merrill Lynch Auction Rate
Securities Litigation
------------------------------------------------------------X
This Document Relates To:
No. 10 Civ. 0124 (LAP)

ICONIX BRAND GROUP, INCORPORATED,
                    Plaintiff,

-against-

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED
                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/12

09 MD 2030 (LAP)

**JUDGMENT**

Merrill having moved to dismiss the complaint ("compl.") under Fed R. Civ. P. 9(b) and 12(b)(6) as well as Section 21D(b) of the Private Securities Litigation reform Act of 1995, 15 U.S.C. § 78u-4(b) (the "PSLRA"), and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on June 4, 2012, having rendered its Opinion and Order granting Merrill's motion to dismiss in its entirety and with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 4, 2012, Merrill's motion to dismiss is granted in its entirety and with prejudice.

**Dated:** New York, New York
        June 7, 2012

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____